# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard George McGuire
All rights reserved
c/o: non-domestic
3339 North Victoria Street; near
St. Paul, Minnesota Republic (state)

Case No. Civil 00-1874 DDA/FLN

v.

**JUDGMENT IN A CIVIL CASE**

The City of Shoreview,
The County of Ramsey,
The Sheriff of Ramsey County,
Lawrence D. Cohen, John Michael
Miller, Steven Douglas Nelson,
and Bob Fletcher

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Plaintiff's motion for a temporary restraining order is denied and the complaint is dismissed in its entirety for lack of subject matter jurisdiction.

DATE: August 14, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk